The People of the State of New York ex rel. Thomas F. Foody, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.—Determination confirmed, with fifty dollars costs and disbursements. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. The Mt. Vernon Trust Company, Respondent, v. Charles D. Millard, as Supervisor of the Town of Greenburgh, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Vincenzo Ragusa, Appellant, v. Joseph Milazzo, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Harry Randall, Appellant, v. Hugo C. Schultz and Charles E. Teale, Public Administrator of Kings County, as Administrator with the Will Annexed, etc., of Minna Schultz, Deceased, Defendants. Bertha M. E. Kuehn, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Solomon Ritch, Respondent, v. A. J. Bates & Company, Appellant.—Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Edward Roche, Respondent, v. Michael H. Murphy, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Frederick W. Rowe and Company, Incorporated, Respondent, v. Julia H. Hall and The Eastern Parkway Company, Appellants, Impleaded with Sherman Evarts and Others, Individually and as Officers and Directors of the Said The Eastern Parkway Company.— Appeal dismissed, without costs. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Pierson E. Sanford, Respondent, v. The Village of Warwick, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Mathilde Scherrer, Respondent, v. Philip F. Tannenbaum and Others, Appellants.— Judgment of the County Court of Kings county reversed and new trial ordered, costs to abide the event, on the ground that the decision was against the weight of the evidence. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Patrick Scully, Appellant, v. Andrew Blaurock, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Thomas Shaw, Respondent, v. Luna Park Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

William A. Shears, Respondent, v. The Town of Union Vale, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Abraham Siker, an Infant, by Abraham Lewis, His Guardian ad Litem, Respondent, v. Brooklyn Union Elevated Railroad Company, Appellant.— Judg-